IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JULIAN JUAN ROMERO,<br><br>Defendant. | CR 18-94-BLG-SPW-2<br><br><br><br>**ORDER** |

Upon the Motion to Dismiss (Doc. 125) of the United States and good cause appearing,

IT IS HEREBY ORDERED that the Indictment filed July 19, 2018 against defendant Julian Juan Romero is dismissed with prejudice as the case was resolved in a plea in the Federal District of Utah, see CR-18-302-DAK-SMR.

IT IS FURTHER ORDERED that the warrant for defendant Romero's arrest is quashed.

DATED this  18th  day of December, 2020.

SUSAN P. WATTERS
United States District Court Judge

1